%AO 440  (Rev. 8/01) Summons in a Civil Action

FILED CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

2007 DEC 20  PM 4: 25

| Eastern | District of | Texas |

TEXAS EASTERN

Typhoon Touch Technologies, Inc. and Nova
Mobility Systems, Inc.

## SUMMONS IN A CIVIL ACTION

V.

Motion Computing, Inc. and Dell, Inc.

CASE NUMBER:  6:07-CV-546

TO: (Name and address of Defendant)

Dell, Inc.
c/o Its Registered Agent
Corporation Service Company
701 Brazos Street, Suite 1050
Austin, TX 78701

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

H. Keeto Sabharwal
Blank Rome LLP
600 New Hampshire Avenue, N.W.
Suite 1200
Washington, D.C. 20037
(202) 772-5800
(202) 772-5858 (fax)



an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.



CLERK

12/10/07
DATE

(By) DEPUTY CLERK

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 12/10/07 at 2:20 P.M. |
| NAME OF SERVER *(PRINT)* JERRY MELBER | TITLE PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 701 BRAZOS ST #1050, AUSTIN, TX 78701
Delivered to VERONICA CORDELL, Managing Agent

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 160.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___12/10/07___
　　　　　　　Date

*Signature of Server*

=====ASSURED=====
**CIVIL PROCESS AGENCY**
*Address of Server* 900 SABINE ST., SUITE 100
**AUSTIN, TEXAS 78701**

The server, known by me personally,
has sworn to and subscribed before
me this 10th day of December, 2007
Notary Public

DANA L. MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2008

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.