**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc. | § § § | |
| Plaintiffs | § § | Civil Action No. 6:07cv546 (LED) |
| v. | § § | |
| Motion Computing, Inc. and Dell, Inc. | § § § | Jury Trial Demanded |
| Defendants | § | |

### Joint Motion for Extension of Time for Motion Computing, Inc. to File Its Answer to Plaintiffs' Original Complaint

To The Honorable United States District Judge:

Plaintiffs, Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc., and Defendant, Motion Computing, Inc. ("Motion Computing"), jointly move for an extension of time in which Motion Computing may answer Plaintiffs' Original Complaint and show:

1. This is an action for the alleged infringement of Patent Nos. 5,379,057 and 5,675,362. Motion Computing was served with the summons and a copy of Plaintiffs' Original Complaint on December 10, 2007, making its Answer due on or before December 31, 2007, unless the time for filing is extended by the Court.

2. Plaintiffs and Motion Computing jointly move for an order granting Motion Computing an extension of time to January 31, 2008 in which to file its Answer to Plaintiffs' Original Complaint. Good cause exists for the requested extension of time. Specifically, the movants intend to engage in good faith efforts to reach an amicable settlement of the claims asserted by Plaintiffs against Motion Computing. The

1

requested extension is necessary to facilitate this objective or otherwise provide Motion Computing adequate time to file its Answer.

3. Motion Computing has agreed not to utilize the additional time to contest jurisdiction or venue in this matter.

Wherefore, Plaintiffs, Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc., and Defendant, Motion Computing, Inc., jointly move for an extension of time until January 31, 2008 in which Motion Computing, Inc. may file its Answer.

Dated: December 27, 2007          Respectfully submitted,

/s/ M. Craig Tyler                              /s/ Trey Yarbrough
M. Craig Tyler                                   Trey Yarbrough
Bar No. 00794762                              Bar No. 22133500
Wilson Sonsini Goodrich                  Yarbrough Law Firm
& Rosati, P.C.                                    100 E. Ferguson St., Ste. 1015
8911 Capital of Texas Hwy              Tyler, TX 75702
North Westech 360, Ste. 3350         Phone: (903) 595-3111
Austin, TX 78759                              Fax: (903) 595-0191
Phone: (512) 338-5400                    trey@yarbroughlawfirm.com
Fax: (512) 338-5499
ctyler@wsgr.com                              H. Keeto Sabharwal
                                                        Sabharwal@blankrome.com
Attorneys for Defendant                  Nirav N. Desai
Motion Computing, Inc.                   Desai@blankrome.com
                                                        Blank Rome, LLP
                                                        600 New Hampton Ave., N.W.
                                                        Washington, DC 20037
                                                        Phone: (202) 772-5932
                                                        Fax: (202) 772-5858

                                                        Attorneys for Plaintiffs