UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

|  |  |
|---|---|
| TYPHOON TOUCH TECHNOLOGIES, INC., AND NOVA MOBILITY SYSTEMS, INC., <br><br>Plaintiffs <br><br>V. <br><br>MOTION COMPUTING, INC. AND DELL, INC., <br><br>Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION NO. 6:07cv546 (LED) <br><br>JUDGE DAVIS |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following individual hereby enters his appearance as lead counsel on behalf of Defendant Motion Computing, Inc.:

> M. Craig Tyler
> TX. State Bar No. 00794762
> WILSON SONSINI GOODRICH & ROSATI
> 8911 Capital of Texas Highway North
> Westech 360; Suite 3350
> Austin, Texas 78759-7247
> Voice: 512-338-5400
> Facsimile: 512-338-5499

Dated: December 28, 2007

Respectfully submitted,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____
M. Craig Tyler (Lead Attorney)
State Bar No. 00794762
8911 Capital of Texas Highway North
Westech 360
Suite 3350
Austin, Texas 78759-7247
Voice: 512-338-5400
Facsimile: 512-338-5499

ATTORNEY FOR DEFENDANT
MOTION COMPUTING, INC.

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service were served with a copy this 28th day of December, 2007.

M. Craig Tyler