IN THE UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TYPHOON TOUCH TECHNOLOGIES, INC., and NOVA MOBILITY SYSTEMS, INC.<br><br>    Plaintiffs<br><br>v.<br><br>MOTION COMPUTING, INC. and DELL INC.<br><br>    Defendants. | Civil Action No. 6:07cv546 (LED)<br><br>Jury Trial Demanded |

## UNOPPOSED MOTION TO EXTEND TIME TO ANSWER
## PLAINTIFFS' ORIGINAL COMPLAINT

Defendant Dell Inc. ("Dell") hereby moves this Court for an extension of time until January 31, 2008 to answer Plaintiffs' Original Complaint.

The Original Complaint was filed on December 5, 2007. The deadline for Dell to answer is December 31, 2007. Plaintiffs and Dell have agreed to extend the deadline to answer the Original Complaint until January 31, 2008. Dell has agreed to not utilize the additional time to contest jurisdiction or venue in this matter. Good cause exists for this Motion and is not sought for purposes of delay.

Wherefore, Dell moves for an extension of time until January 31, 2008 to file its answer to Plaintiffs' Original Complaint.

Dated: December 31, 2007  Respectfully submitted,

/s/ *Roderick B. Williams*
Roderick B. Williams (SBOT 21573700)
VINSON & ELKINS L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Tel: (512) 542-8436
Fax: (512) 236-3281
rickwilliams@velaw.com

*Attorneys for Defendant Dell Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 31st day of December, 2007.

*/s/ Dawn Crider*

## CERTIFICATE OF CONFERENCE

Counsel for Dell Inc. has conferred with counsel for the Plaintiffs regarding the subject matter of this motion and it is unopposed.

*/s/ Roderick B. Williams*