# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| **Typhoon Touch Technologies, Inc.** § | |
| **and Nova Mobility Systems, Inc.** § | |
| § | |
| **Plaintiffs** § | |
| § | Civil Action No. 6:07cv546(LED) |
| v. § | |
| § | |
| **Motion Computing, Inc. and** § | Jury Trial Demanded |
| **Dell, Inc.** § | |
| § | |
| **Defendants** § | |

## Order Granting Extension of Time in Which to Answer Plaintiffs' Original Complaint

Having considered the joint motion of Plaintiffs, Typhoon Technologies, Inc. and Nova Mobility Systems, Inc. and Defendant, Motion Computing, Inc., for an extension of time in which Motion Computing may answer Plaintiffs' Original Complaint, the Court finds that good cause exists and that the motion should be granted.

It is, therefore, Ordered that Defendant, Motion Computing, Inc., have until January 31, 2008 to file its Answer to Plaintiffs' Original Complaint.

**So ORDERED and SIGNED this 2nd day of January, 2008.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**