IN THE UNITED STATES DISTRICT COURT
FOR THE EASTER DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TYPHOON TOUCH TECHNOLOGIES, INC., and NOVA MOBILITY SYSTEMS, INC.<br><br>    Plaintiffs<br><br>v.<br><br>MOTION COMPUTING, INC. and DELL INC.<br><br>    Defendants. | Civil Action No. 6:07cv546 (LED)<br><br>Jury Trial Demanded |

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND TIME TO ANSWER PLAINTIFFS' ORIGINAL COMPLAINT

Before the Court is Defendant Dell Inc.'s ("Dell") Unopposed Motion to Extend Time to Answer Plaintiffs' Original Complaint.

Having considered the matter, the Court GRANTS the motion. Dell's deadline to answer Plaintiffs' Original Complaint is extended to January 31, 2008.

**So ORDERED and SIGNED this 2nd day of January, 2008.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

Austin 910597v.1