6-1-12370

Appendix K                                                              Revised: 1/24/07

FILED CLERK
U.S. DISTRICT COURT
2008 JAN -9 PM 2: 15
TEXAS EASTERN
BY_____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

## APPLICATION TO APPEAR PRO HAC VICE

1. This application is being made for the following: Case #6:07-CV-546
Style: Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc. v. Motion Computing, Inc. and Dell, Inc.
2. Applicant is representing the following party/ies:

   Typhoon Touch Technologies, Inc.
   Nova Mobility Systems, Inc.

3. Applicant was admitted to practice in New York on July, 1998.
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has not had an application for admission to practice before another court denied.
7. Applicant has not ever had the privilege to practice before another court suspended.
8. Applicant has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts: District of Columbia; Southern and Eastern Districts of New York.
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $25 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

Application Oath:

I, H. Keeto Sabharwal do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 1/8/08     Signature _____
                          H. Keeto Sabharwal
                          State Bar Number: 2910453

128480.00601/3583l007v.1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# APPLICATION TO APPEAR PRO HAC VICE (Continued)

| | |
|---|---|
| Name (please print): | H. Keeto Sabharwal |
| State Bar Number: | 2910453 |
| Firm Name: | BLANK ROME LLP |
| Address/P.O. Box: | 600 New Hampshire Ave., N.W. |
| City/State/Zip: | Washington, DC 20037 |
| Telephone #: | (202) 772-5932 |
| Fax #: | (202) 772-5858 |
| E-mail Address: | sabharwal@blankrome.com |

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court this ___ day of __1/10/08__, 2008.

David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By: /s/ David Maland
Deputy Clerk

# Receipt for Payment

Receipt No: 6-1-0012370

## United States District Court

for the

Eastern District of Texas at Tyler

Date: **Wednesday, January 9, 2008**

Received from:

**TREY YARBROUGH**

**100 E. FERGUSON, STE. 1015**

**TYLER, TX 75702**

| Account | Description |
|---|---|
| 085000 | Attorney Admission Fees |
| 086400 | New Case Fee |
| 086900 | Filing Fees |
| 121000 | Conscience Fund |
| 129900 | Gifts |
| 143500 | Interest |
| 322340 | Sale of Publications |
| 322350 | Copy Fees |
| 322360 | Miscellaneous Fees |
| 322380 | Recoveries of Court Costs |
| 322386 | Cost of Prosecution |
| 504100 | Crime Victims Fund |
| 508800 | Immigration Fees |
| 510000 | Civil Filing Fee (1/2) |
| 5100PL | Partial Filing Fee (PLRA) |
| 510100 | Registry Fee |
| 604700 | Registry Funds/General and Special Funds |
| 613300 | Unclaimed Monies |
| 6855XX | Deposit Funds |

| Account | Amount |
|---|---|
| 6855XX | $50.00 |
| **Total** | **$50.00** |

Payment method: Check

Case or other reference: 6:07CV546

Comments: PHV APPS FOR H. KEETO SABHARWAL AND NIRAV N. DESAI - FIRM CK 6379

Received by: MC