# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TYPHOON TOUCH TECHNOLOGIES, INC. and NOVA MOBILITY SYSTEMS, INC., | § § § § |
| Plaintiffs, | § CASE NO. 6:07 CV 546 |
| vs. | § § § |
| MOTION COMPUTING, INC. and DELL, INC. | § § § |
| Defendants. | § |

## ORDER

The Court **ORDERS** the Plaintiff to file a notice that the case is ready for scheduling conference when all of the Defendants have either answered or filed a motion to transfer or dismiss. The notice shall be filed within five days of the last remaining Defendant's answer or motion. The notice shall include a list of any pending motions to dismiss or transfer.

**So ORDERED and SIGNED this 10th day of January, 2008.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**