# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc. | § § § | |
| Plaintiffs | § § | Civil Action No. 6:07cv546 (LED) |
| v. | § § | |
| Motion Computing, Inc. and Dell, Inc. | § § § | Jury Trial Demanded |
| Defendants | § | |

## Second Joint Motion for Extension of Time for Motion Computing, Inc. to File Its Answer to Plaintiffs' Original Complaint

To The Honorable United States District Judge:

Plaintiffs, Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc., and Defendant, Motion Computing, Inc. ("Motion Computing"), jointly move for a second extension of time in which Motion Computing may answer Plaintiffs' Original Complaint and in support show:

1. By a previous Order of this Court, the date by which Motion Computing was required to file an Answer to Plaintiffs' Complaint was January 31, 2008. The parties hereby jointly move for a second extension of time through and including February 11, 2008.

2. Good cause exists for the requested extension. Plaintiffs and Motion Computing have reached a settlement of the claims asserted by Plaintiffs herein, but require the additional time in order to draft and execute the necessary settlement documents and thereafter submit dismissal papers to the Court.

Wherefore, Plaintiffs, Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc., and Defendant, Motion Computing, Inc., jointly move for an extension of

1

time through and including February 11, 2008 in which Motion Computing, Inc. may file its Answer.

Dated:  January 31, 2008                                   Respectfully submitted,


/s/ Brian D. Range                                              /s/ Trey Yarbrough
Brian D. Range                                                    Trey Yarbrough
Bar No. 24033106                                               Bar No.  22133500
Wilson Sonsini Goodrich                                    YARBROUGH ♦ WILCOX, PLLC
& Rosati, P.C.                                                     100 E. Ferguson St., Ste. 1015
8911 Capital of Texas Hwy                               Tyler, TX 75702
North Westech 360, Ste. 3350                         Phone:  (903) 595-3111
Austin, TX 78759                                               Fax: (903) 595-0191
Phone: (512) 338-5400                                     trey@yw-lawfirm.com
Fax: (512) 338-5499
brange@wsgr.com                                             H. Keeto Sabharwal
                                                                           Sabharwal@blankrome.com
Attorneys for Defendant                                   Nirav N. Desai
Motion Computing, Inc.                                     Desai@blankrome.com
                                                                           Blank Rome, LLP
                                                                           600 New Hampton Ave., N.W.
                                                                           Washington, DC 20037
                                                                           Phone: (202) 772-5932
                                                                           Fax: (202) 772-5858

                                                                           Attorneys for Plaintiffs