# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| TYPHOON TOUCH TECHNOLOGIES, ) <br> INC. AND NOVA MOBILITY SYSTEMS, ) <br> INC. ) <br>       Plaintiffs, ) <br> vs. ) <br> ) <br> MOTION COMPUTING, INC. and ) <br> DELL INC. ) <br> ) <br>       Defendants. ) | Civil Action No. 6:07cv546 <br><br> **Jury Trial Demanded** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following individual hereby enters his appearance as counsel of record on behalf of Defendant Dell Inc.

>H. Kenneth Prol (Texas State Bar No. 24027757)
>VINSON & ELKINS, L.L.P
>2801 Via Fortuna, Suite 100
>Austin, Texas 78746
>Tel: (512) 542-8714
>Fax: (512) 236-3289

Date: January 31, 2008

Respectfully Submitted,

 /s/ *H. Kenneth Prol*
Roderick B. Williams (TX Bar No. 21573700)
H. Kenneth Prol (TX Bar No. 24027757)
Michael A. Valek (TX Bar No. 24044028)
VINSON & ELKINS L.L.P.
THE TERRACE 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
TEL: (512) 542-8400
FAX: (512) 542-3253

*ATTORNEYS FOR DELL INC.*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 31st day of January, 2008, the foregoing document was electronically filed with the Clerk of Court using CM/ECF system, and served on counsel for all parties as follows:

| | |
|---|---|
| Trey Yarbrough<br>YARBROUGH LAW FIRM<br>100 E. Ferguson, Suite 1015<br>Tyler, TX  75702 | ❑ Via Hand Delivery<br>❑ Via Federal Express<br>❑ Via First Class Mail<br>❑ Via Fax  (903) 595-0191<br>❑ Via email trey@yarbroughlawfirm.com<br>■ CM/ECF system |
| H. Keeto Sabharwal<br>Nirav N. Desai<br>BLANK ROME LLP<br>600 New Hampshire Ave., N.W.<br>Washington, DC  20037 | ❑ Via Hand Delivery<br>❑ Via Federal Express<br>❑ Via First Class Mail<br>❑ Via Fax  (202) 772-5858<br>❑ Via email Sabharwal@blankrome.com ;<br>Desai@blankrome.com<br>■ CM/ECF system |
| M. Craig Tyler<br>WILSON SONSINI GOODRICH & ROSATI<br>8911 Capital of Texas Highway North<br>Westech 360; Suite 3350<br>Austin, TX  78759 | ❑ Via Hand Delivery<br>❑ Via Federal Express<br>❑ Via First Class Mail<br>❑ Via Fax  (512) 338-5499<br>❑ Via email ctyler@wsgr.com<br>■ CM/ECF system |

/s/  Dawn Crider

927961v1