# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| TYPHOON TOUCH TECHNOLOGIES, ) | |
| INC. AND NOVA MOBILITY SYSTEMS, ) | |
| INC. ) | |
|     Plaintiffs, ) | |
| vs. ) | Civil Action No. 6:07cv546 |
| ) | |
| MOTION COMPUTING, INC. and ) | |
| DELL INC. ) | **Jury Trial Demanded** |
| ) | |
|     Defendants. ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following individual hereby enters his appearance as counsel of record on behalf of Defendant Dell Inc.

    Michael A. Valek (Texas State Bar No. 24044028)
    VINSON & ELKINS, L.L.P
    2801 Via Fortuna, Suite 100
    Austin, Texas  78746
    Tel:  (512) 542-8807
    Fax:  (512) 236-3284

Date: January 31, 2008        Respectfully Submitted,

    /s/ *Michael A. Valek*
    Roderick B. Williams (TX Bar No. 21573700)
    H. Kenneth Prol (TX Bar No. 24027757)
    Michael A. Valek (TX Bar No. 24044028)
    VINSON & ELKINS L.L.P.
    THE TERRACE 7
    2801 Via Fortuna, Suite 100
    Austin, Texas 78746-7568
    TEL:  (512) 542-8400
    FAX: (512) 542-3253

    ***ATTORNEYS FOR DELL INC.***

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 31st day of January, 2008, the foregoing document was electronically filed with the Clerk of Court using CM/ECF system, and served on counsel for all parties as follows:

| | |
|---|---|
| Trey Yarbrough<br>YARBROUGH LAW FIRM<br>100 E. Ferguson, Suite 1015<br>Tyler, TX  75702 | ❑  Via Hand Delivery<br>❑  Via Federal Express<br>❑  Via First Class Mail<br>❑  Via Fax  (903) 595-0191<br>❑  Via email trey@yarbroughlawfirm.com<br>■  CM/ECF system |
| H. Keeto Sabharwal<br>Nirav N. Desai<br>BLANK ROME LLP<br>600 New Hampshire Ave., N.W.<br>Washington, DC  20037 | ❑  Via Hand Delivery<br>❑  Via Federal Express<br>❑  Via First Class Mail<br>❑  Via Fax  (202) 772-5858<br>❑  Via email Sabharwal@blankrome.com ;<br>Desai@blankrome.com<br>■  CM/ECF system |
| M. Craig Tyler<br>WILSON SONSINI GOODRICH & ROSATI<br>8911 Capital of Texas Highway North<br>Westech 360; Suite 3350<br>Austin, TX  78759 | ❑  Via Hand Delivery<br>❑  Via Federal Express<br>❑  Via First Class Mail<br>❑  Via Fax  (512) 338-5499<br>❑  Via email ctyler@wsgr.com<br>■  CM/ECF system |

/s/  *Dawn Crider*

928125v1