# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| TYPHOON TOUCH TECHNOLOGIES, INC. AND NOVA MOBILITY SYSTEMS, INC. ) ) ) ) Plaintiffs, ) vs. ) ) MOTION COMPUTING, INC. and ) DELL INC. ) ) ) Defendants. ) | Civil Action No. 6:07cv546  **Jury Trial Demanded** |

## DEFENDANT DELL INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Dell Inc. discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Date: January 31, 2008                    Respectfully Submitted:

 /s/ *Roderick B. Williams*
Roderick B. Williams (TX Bar No. 21573700)
H. Kenneth Prol (TX Bar No. 24027757)
Michael A. Valek (TX Bar No. 24044028)
VINSON & ELKINS L.L.P.
THE TERRACE 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
TEL: (512) 542-8400
FAX: (512) 542-3253

*ATTORNEYS FOR DELL INC.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 31st day of January, 2008, the foregoing document was electronically filed with the Clerk of Court using CM/ECF system, and served on counsel for all parties as follows:

| | |
|---|---|
| Trey Yarbrough<br>YARBROUGH LAW FIRM<br>100 E. Ferguson, Suite 1015<br>Tyler, TX  75702 | ☐  Via Hand Delivery<br>☐  Via Federal Express<br>☐  Via First Class Mail<br>☐  Via Fax  (903) 595-0191<br>☐  Via email trey@yarbroughlawfirm.com<br>☒  CM/ECF system |
| H. Keeto Sabharwal<br>Nirav N. Desai<br>BLANK ROME LLP<br>600 New Hampshire Ave., N.W.<br>Washington, DC  20037 | ☐  Via Hand Delivery<br>☐  Via Federal Express<br>☐  Via First Class Mail<br>☐  Via Fax  (202) 772-5858<br>☐  Via email Sabharwal@blankrome.com ;<br>Desai@blankrome.com<br>☒  CM/ECF system |
| M. Craig Tyler<br>WILSON SONSINI GOODRICH & ROSATI<br>8911 Capital of Texas Highway North<br>Westech 360; Suite 3350<br>Austin, TX  78759 | ☐  Via Hand Delivery<br>☐  Via Federal Express<br>☐  Via First Class Mail<br>☐  Via Fax  (512) 338-5499<br>☐  Via email ctyler@wsgr.com<br>☒  CM/ECF system |

/s/ *Dawn Crider*

928287v1