IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc. | § § § | |
| Plaintiffs | § § | Civil Action No. 6:07cv546 (LED) |
| v. | § § | |
| Motion Computing, Inc. and Dell, Inc. | § § § | Jury Trial Demanded |
| Defendants | § | |

### Third Joint Motion for Extension of Time for Motion Computing, Inc. to File Its Answer to Plaintiffs' Original Complaint

To The Honorable United States District Judge:

Plaintiffs, Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc., and Defendant, Motion Computing, Inc. ("Motion Computing"), jointly move for a third extension of time in which Motion Computing may answer Plaintiffs' Original Complaint and in support show:

1. By a previous Order of this Court, the date by which Motion Computing was required to file an Answer to Plaintiffs' Complaint was February 11, 2008. The parties hereby jointly move for a third extension of time through and including February 15, 2008.

2. Good cause exists for the requested extension. As the parties have previously advised the Court, Plaintiffs and Motion Computing have reached a settlement of the claims asserted by Plaintiffs herein. However, the parties need the additional time now requested in order complete and finalize the necessary settlement documents and thereafter submit dismissal papers to the Court.

1

Wherefore, Plaintiffs, Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc., and Defendant, Motion Computing, Inc., jointly move for an extension of time through and including February 15, 2008 in which Motion Computing, Inc. may file its Answer.

Dated: February 11, 2008                                    Respectfully submitted,


/s/ M. Craig Tyler
M. Craig Tyler
Bar No. 00794762
Wilson Sonsini Goodrich
& Rosati, P.C.
8911 Capital of Texas Hwy
North Westech 360, Ste. 3350
Austin, TX 78759
Phone: (512) 338-5400
Fax: (512) 338-5499
ctyler@wsgr.com

Attorneys for Defendant
Motion Computing, Inc.

/s/ Trey Yarbrough
Trey Yarbrough
Bar No. 22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Phone: (903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

H. Keeto Sabharwal
Sabharwal@blankrome.com
Nirav N. Desai
Desai@blankrome.com
Blank Rome, LLP
600 New Hampton Ave., N.W.
Washington, DC 20037
Phone: (202) 772-5932
Fax: (202) 772-5858

Attorneys for Plaintiffs