**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **Typhoon Touch Technologies, Inc.** § | | |
| **and Nova Mobility Systems, Inc.** § | | |
| § | | |
| **Plaintiffs** § | | |
| § | Civil Action No. 6:07cv546(LED) | |
| v. § | | |
| § | | |
| **Motion Computing, Inc. and** § | Jury Trial Demanded | |
| **Dell, Inc.** § | | |
| § | | |
| **Defendants** § | | |

## Order

Having considered the joint motion of Plaintiffs, Typhoon Technologies, Inc. and Nova Mobility Systems, Inc. and Defendant, Motion Computing, Inc., for a third extension of time in which Motion Computing may answer Plaintiffs' Original Complaint, the Court finds that good cause exists and that the motion should be granted.

It is, therefore, Ordered that Defendant, Motion Computing, Inc., have through and including February 15, 2008 to file its Answer to Plaintiffs' Original Complaint.

**So ORDERED and SIGNED this 12th day of February, 2008.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**