IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc. | § § § | |
| Plaintiffs | § § | Civil Action No. 6:07cv546 (LED) |
| v. | § § | |
| Motion Computing, Inc. and Dell, Inc. | § § | Jury Trial Demanded |
| Defendants | § § | |

### Plaintiffs' Notice That Case is Ready for Scheduling Conference

To The Honorable United States District Judge:

Plaintiffs, Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc., in accordance with the Court's Order entered on January 10, 2008, hereby notify the Court that the above-referenced case is ready to proceed to a scheduling conference. Plaintiffs further notify the Court that there are no pending motions to dismiss or transfer.

Dated: February 22, 2008          Respectfully submitted,

/s/ Trey Yarbrough
Trey Yarbrough
Bar No. 22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Phone: (903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

H. Keeto Sabharwal
Sabharwal@blankrome.com
Nirav N. Desai
Desai@blankrome.com
Blank Rome, LLP
600 New Hampton Ave., N.W.
Washington, DC 20037
Phone: (202) 772-5932
Fax: (202) 772-5858

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on February 22, 2008, constituting service on all counsel who have consented to electronic service via the Court's CM/ECF system. Pursuant to Local Rule CV-5(d), all other counsel not deemed to have consented to service in such manner were served with a copy of the foregoing via facsimile or first class mail.

/s/ Trey Yarbrough
Trey Yarbrough