# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc. | § § § | |
| **Plaintiffs** | § § | Civil Action No. 6:07cv546 (LED) |
| v. | § § | |
| Motion Computing, Inc. and Dell, Inc. | § § | Jury Trial Demanded |
| **Defendants** | § | |

## Motion for Leave to File Under Seal

To The Honorable United States District Judge:

Plaintiffs, Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc., and Defendant, Motion Computing, Inc. ("Motion Computing"), have reached a settlement of all claims and counterclaims asserted between them in this action, and have completed the settlement documents memorializing such settlement. Plaintiffs and Motion Computing seek leave of Court to file under seal a Consent Decree (and a motion for entry thereof), which decree is a material part of such settlement.

Dated: February 25, 2008                    Respectfully submitted,

/s/ Trey Yarbrough
Trey Yarbrough
Bar No. 22133500
YARBROUGH ♦ WILCOX, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Phone: (903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

1

H. Keeto Sabharwal
Sabharwal@blankrome.com
Nirav N. Desai
Desai@blankrome.com
Blank Rome, LLP
600 New Hampton Ave., N.W.
Washington, DC 20037
Phone: (202) 772-5932
Fax: (202) 772-5858

Attorneys for Plaintiffs

**Certificate of Service**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 25th day of February, 2008. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

/s/ Trey Yarbrough
Trey Yarbrough