# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Typhoon Touch Technologies, Inc.** § | | |
| **and Nova Mobility Systems, Inc.** § | | |
| § | | |
| **Plaintiffs** § | | |
| § | Civil Action No. 6:07cv546(LED) | |
| v. § | | |
| § | | |
| **Motion Computing, Inc. and** § | Jury Trial Demanded | |
| **Dell, Inc.** § | | |
| § | | |
| **Defendants** § | | |

## Order Granting Motion for Leave to File Under Seal

Having considered the joint motion of Plaintiffs, Typhoon Technologies, Inc. and Nova Mobility Systems, Inc. and Defendant, Motion Computing, Inc. ("Motion Computing") for leave to file a Consent Decree and a motion for entry thereof under seal, the Court finds that good cause exists and that the motion should be granted.

It is, therefore, Ordered that the Motion for Entry of Consent Decree and accompanying Consent Decree to be filed by Plaintiffs and Motion Computing be filed under seal.

So ORDERED and SIGNED this 27th day of February, 2008.



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**