IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc. | § § § § | |
| Plaintiffs | § § | Civil Action No. 6:07cv546 (LED) |
| v. | § § | |
| Motion Computing, Inc. and Dell, Inc. | § § § | Jury Trial Demanded |
| Defendants | § | |

**PLAINTIFFS, TYPHOON TOUCH TECHNOLOGIES, INC. AND
NOVA MOBILITY SYSTEMS, INC.'S**

**ADDITIONAL ATTACHMENT TO DKT 26 - PLAINTIFFS, TYPHOON TOUCH
TECHNOLOGIES, INC. AND NOVA MOBILITY SYSTEMS, INC.'S
MOTION FOR LEAVE TO FILE UNDER SEAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc. | § § § | |
| Plaintiffs | § § | Civil Action No. 6:07cv546 (LED) |
| v. | § § | |
| Motion Computing, Inc. and Dell, Inc. | § § § | Jury Trial Demanded |
| Defendants | § | |

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiffs has conferred with counsel for Defendants, Motion Computing, Inc. and Dell, Inc. concerning the Motion for Leave to File Under Seal and certifies that it is unopposed.

Dated: February 27, 2008          /s/ Trey Yarbrough
                                                         Trey Yarbrough