**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc.** | § § § | |
| **Plaintiffs** | § § | **Civil Action No. 6:07cv546 (LED)** |
| **v.** | § § | |
| **Motion Computing, Inc.  and Dell, Inc.** | § § | **Jury Trial Demanded** |
| **Defendants** | § | |

**Unopposed Motion for Leave to File First Amended
Complaint for Patent Infringement**

To The Honorable United States District Judge:

Plaintiffs, Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc., respectfully request the Court's leave to file Plaintiffs' First Amended Complaint for Patent Infringement and in support respectfully show:

1.  Plaintiffs' First Amended Complaint adds three additional party defendants to the action and alleges with greater specificity the infringing activities.

2.  Attached as Exhibit A to this motion is a true and accurate copy of Plaintiffs' First Amended Complaint for Patent Infringement.

3.  The Court issued an order this date setting a status conference in this matter. Subject to the Court's ruling on this motion, Plaintiffs respectfully advise the Court that this action is not ready for a status conference in order that the additional parties may have adequate opportunity to answer and appear.  Plaintiffs are filing a separate, amended notice advising the Court of such.

Premises considered, Plaintiffs, Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc., respectfully request that the Unopposed Motion for Leave to File Plaintiffs' First Amended Complaint for Patent Infringement be granted.

Dated:  March 7, 2008                Respectfully submitted,


                /s/ Trey Yarbrough

                Trey Yarbrough
                Bar No.  22133500
                YARBROUGH ♦ WILCOX, PLLC
                100 E. Ferguson St., Ste. 1015
                Tyler, TX 75702
                Phone:  (903) 595-3111
                Fax: (903) 595-0191
                trey@yw-lawfirm.com

                H. Keeto Sabharwal
                Sabharwal@blankrome.com
                Nirav N. Desai
                Desai@blankrome.com
                Blank Rome, LLP
                600 New Hampton Ave., N.W.
                Washington, DC 20037
                Phone: (202) 772-5932
                Fax: (202) 772-5858

                Attorneys for Plaintiffs


### Certificate of Conference

Counsel for the Plaintiffs has conferred with counsel for the Defendants and certify that this motion is unopposed.


                /s/ Trey Yarbrough
                Trey Yarbrough

## Certificate of Service

       The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 7th day of March, 2008. All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

/s/ Trey Yarbrough
Trey Yarbrough
