**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc.** § § § | | |
| **Plaintiffs** § § | **Civil Action No. 6:07cv546 (LED)** | |
| v. § § | | |
| **Motion Computing, Inc. and Dell, Inc.** § § | **Jury Trial Demanded** | |
| **Defendants** § | | |

## Plaintiffs' First Supplemental Notice To the Court Regarding Scheduling Conference

To The Honorable United States District Judge:

Plaintiffs, Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc., in accordance with the Court's Order of January 10, 2008, notified the Court on February 22, 2008 that the above-referenced case was ready to proceed to a status conference. The Court issued its order this date setting the status conference for April 7, 2008.

Plaintiffs have, this date, filed a motion for leave to amend their complaint for patent infringement and add new defendants. In view of that motion and subject to the Court's ruling thereon, Plaintiffs respectfully advise the Court that this action is not ready for a status conference. Subject to the Court's ruling on the aforementioned motion for leave, Plaintiffs respectfully request that the Court continue the Status Conference currently set for April 7, 2008 until the three additional parties named in the First Amended Complaint have been served and had time to answer and make an appearance herein.

1

Dated:  March 7, 2008				Respectfully submitted,


								/s/ Trey Yarbrough
								Trey Yarbrough
								Bar No.  22133500
								YARBROUGH ♦ WILCOX, PLLC
								100 E. Ferguson St., Ste. 1015
								Tyler, TX 75702
								Phone:  (903) 595-3111
								Fax: (903) 595-0191
								trey@yw-lawfirm.com

								H. Keeto Sabharwal
								Sabharwal@blankrome.com
								Nirav N. Desai
								Desai@blankrome.com
								Blank Rome, LLP
								600 New Hampton Ave., N.W.
								Washington, DC 20037
								Phone: (202) 772-5932
								Fax: (202) 772-5858

								Attorneys for Plaintiffs


## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on March 7, 2008, constituting service on all counsel who have consented to electronic service via the Court's CM/ECF system. Pursuant to Local Rule CV-5(d), all other counsel not deemed to have consented to service in such manner were served with a copy of the foregoing via facsimile or first class mail.


						/s/ Trey Yarbrough
						Trey Yarbrough