# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Typhoon Touch Technologies, Inc.** | § | |
| **and Nova Mobility Systems, Inc.** | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | **Civil Action No. 6:07cv546 (LED)** |
| v. | § | |
| | § | |
| **Motion Computing, Inc. and** | § | **Jury Trial Demanded** |
| **Dell, Inc.** | § | |
| **Defendants** | § | |

### Order Granting Unopposed Motion for Leave to
### File First Amended Complaint for Patent Infringement

Before the Court is the Plaintiffs' Motion for Leave to File Plaintiffs' First Amended Complaint for Patent Infringement. Having considered the motion, the Court finds that it should be granted.

It is, therefore, Ordered that Plaintiffs, Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc., are hereby granted leave to file Plaintiffs' First Amended Complaint for Patent Infringement.

**So ORDERED and SIGNED this 10th day of March, 2008.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**

1