IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| TYPHOON TOUCH TECHNOLOGIES, INC. and NOVA MOBILITY SYSTEMS, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>DELL, INC., XPLORE TECHNOLOGIES CORPORATION OF AMERICA, ELECTROVAYA INC. AND SAND DUNE VENTURES, INC.<br><br>    Defendants. | §§§§§§§§§§§§§§§§    CIVIL ACTION NO. 6:07-CV546 |

## NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that attorney Stacy Allen enters his appearance in this matter as counsel for Defendant XPLORE TECHNOLOGIES CORPORATION OF AMERICA, for the purpose of receiving notices from the Court.

 

Respectfully submitted,

Dated: March 31, 2008     By:  /s/ Stacy Allen
Lawrence A. Waks (TX 20670700)
lwaks@jw.com
Stacy Allen (TX 24034185)
stacyallenr@jw.com
JACKSON WALKER, L.L.P.
100 Congress Avenue, Suite 1100
Austin, TX 78701
Telephone No.: (512) 236-2000
Facsimile No.: (512) 236-2002

John M. Jackson (TX 0770342)
jjackson@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone No.: (214) 953-6000
Facsimile No.: (214) 953-5822

ATTORNEYS FOR XPLORE TECHNOLOGIES CORPORATION OF AMERICA

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service will or have been served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 31st day of March, 2008.

/s/ Stacy Allen
Stacy Allen