UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

***CASE AND DEADLINE INFORMATION***

Civil Action No.: 6:07-CV-546

Name of party requesting extension: Xplore Technologies Corporation of America

Is this the first application for extension of time in this case?   ☑ Yes
    ☐ No

If no, please indicate which application this represents:   ☐ Second
    ☐ Third
    ☐ Other _____

Date of Service of Summons: 03/12/2008

Number of days requested:   ☐ 30 days
    ☐ 15 days
    ☑ Other  21   days

New Deadline Date: 04/24/2008  *(Required)*

***ATTORNEY FILING APPLICATION INFORMATION***

Full Name: John M. Jackson
State Bar No.: 24002340
Firm Name: Jackson Walker LLP
Address: 901 Main Street, Suite 6000

Phone: 214/953-6000
Fax: 214/953-5822
Email: jjackson@jw.com

A certificate of conference does not need to be filed with this unopposed application.