## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| TYPHOON TOUCH TECHNOLOGIES, INC. and NOVA MOBILITY SYSTEMS, INC.<br><br>    Plaintiffs,<br><br>v.<br><br>DELL, INC., XPLORE TECHNOLOGIES CORPORATION OF AMERICA, ELECTROVAYA INC. AND SAND DUNE VENTURES, INC.<br><br>    Defendants. | §§§§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 6:07-CV546 |

### NOTICE OF ATTORNEY APPEARANCE

Notice is hereby given that attorney Lawrence A. Waks enters his appearance in this matter as counsel for Defendant XPLORE TECHNOLOGIES CORPORATION OF AMERICA, for the purpose of receiving notices from the Court.

                                      Respectfully submitted,

Dated: April 1, 2008        By:  /s/ Lawrence A. Waks
                                          Lawrence A. Waks (TX 20670700)
                                          lwaks@jw.com
                                          Stacy Allen (TX 24034185)
                                          stacyallenr@jw.com
                                          JACKSON WALKER, L.L.P.
                                          100 Congress Avenue, Suite 1100
                                          Austin, TX 78701
                                          Telephone No.: (512) 236-2000
                                          Facsimile No.: (512) 236-2002

John M. Jackson (TX 24002340)
jjackson@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone No.: (214) 953-6000
Facsimile No.: (214) 953-5822

ATTORNEYS FOR XPLORE
TECHNOLOGIES CORPORATION OF
AMERICA

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(e), all other counsel of record not deemed to have consented to electronic service will or have been served with a true and correct copy of the foregoing by certified mail, return receipt requested, on this the 1st day of April, 2008.

/s/ Lawrence A. Waks
Lawrence A. Waks