

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

CASE NO. 6:07CV546

TYPHOON TOUCH TECHNOLOGIES, INC., and
NOVA MOBILITY SYSTEMS, INC.
VS.
DELL, INC., ET AL

## RETURN

Came to hand: 3 / 14 /2008, at 11:00 o'clock A.M.

- ☑ Summons in a Civil Action
- ☑ Plaintiff's First Amended Complaint for Patent Infringement
- ☑ Jury Demand

Executed on: 3 / 14 /2008, at 1:35 o'clock P.M.

Executed at 14000 Summit Drive, Suite 900, Austin, TX, by delivering to:

XPLORE TECHNOLOGIES CORPORATION OF AMERICA
by delivering to LAVELL CHRISTIANSON, Director

In person, a true copy of the above specified civil process.

I am over the age of 18, not a party to nor interested in the outcome of the above numbered suit.

Server: GEORGE L. CASTILLO
ASSURED CIVIL PROCESS AGENCY
600 Sabine St., #100, Austin, TX 78701

STATE OF TEXAS   }

## VERIFICATION

Before me, a notary public, on this day personally appeared the above named authorized person, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct. Given under my hand and seal of office on this the 14TH day of March 2008

DANA L. MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2008

Notary Public Signature

