

# PROOF OF SERVICE

United States District Court Eastern District Of Texas

**Case#-** 6:07cv546
**Plaintiff-** Typhoon Touch Technologies, Inc., Et Al
**Defendant-** Dell, Inc. Et Al

=======Person Served / Description / Date, Time / Address=======
Electrovaya Usa, Inc. (served On: Scott Lascala, Authorized Agent Authorized To Accept Service Of Process)
White, Male, 5'10", 160lbs, 35yrs, , HAIR- , EYES-  Served date: 3-20-2008 / served time: 4:11 pm
Corporation Trust, 1209 Orange Street, Wilmington, De
================= Pleadings Delivered ==================
Summons In A Civil Action, Return Of Service, Plaintiffs' First Amended Complaint For Patent Infringement, Jury Demand, Prayer For Relief, Certificate Of Service

I Have Effected Personal Service Upon The Individual Named Above At The Address Listed Above, Who Has Instructed Me That They Are Duly Authorized To Accept Service Of Process.

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.
Executed on: 3-20-2008

David Gersham / Our File#- 204840
L.P.I., Inc., 908 York Road, 2nd floor, Towson, Md 21204
Server Birth Date-
Attorney File#-
Court Phone #-