

# PROOF OF SERVICE

United States District Court Eastern District Of Texas

**Case#-** 6:07cv546
**Plaintiff-** Typhoon Touch Technologies, Inc., Et Al
**Defendant-** Dell Inc., Et Al

=========Person Served / Description / Date, Time / Address=========
Sand Dune Ventures Inc. (served On: Ronni Silverman, Vice President)
White, Female, 5'3", 135lbs, 50yrs, , HAIR- , EYES-  Served date:
3-20-2008 / served time: 5:00 pm
2832 Columbia Street, Torrance, Ca  90503
This Was Served Pacific Time
=============================== **Pleadings Delivered** ===============
Summons In A Civil Action, Return Of Service, Plaintiffs' First
Amended Complaint For Patent Infringement, Jury Demand, Prayer For
Relief, Certificate Of Service
=====================================================================
I Have Effected Personal Service Upon The Individual Named Above At
The Address Listed Above, Who Has Instructed Me That They Are Duly
Authorized To Accept Service Of Process.
                        DECLARATION OF SERVER
I declare under penalty of perjury under the laws of the United
States of America that the foregoing information contained in the
Proof of Service is true and correct.
Executed on: 3-20-2008
                        Hope Peck / Our File#- 204841
    L.P.I., Inc., 908 York Road, 2nd floor, Towson, Md 21204
                                Server Birth Date-
                        Attorney File#-
                                Court Phone #-