IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TYPHOON TOUCH TECHNOLOGIES, INC. and NOVA MOBILITY SYSTEMS, INC. | §§ §§ §§ | |
| Plaintiffs, | §§ §§ | |
| v. | §§ §§ | CIVIL ACTION NO. 6:07-CV-546-LED |
| DELL, INC., XPLORE TECHNOLOGIES CORPORATION OF AMERICA, ELECTROVAYA INC., and SAND DUNE VENTURES, INC. | §§ §§ §§ §§ §§ | JURY TRIAL DEMANDED |
| Defendants. | §§ | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT XPLORE TECHNOLOGIES CORPORATION OF AMERICA

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Xplore Technologies Corporation of America ("Xplore") files this disclosure statement and states as follows:

The parent corporation of Xplore is Xplore Technologies Corp., a publicly traded corporation. Xplore is a wholly owned subsidiary of Xplore Technologies Corp.

Respectfully submitted,

**JACKSON WALKER L.L.P.**

Dated: April 24, 2008       By:  /s/ John M. Jackson
                                  Lawrence A. Waks (TX 20670700)
                                  lwaks@jw.com
                                  Stacy Allen (TX 24034185)
                                  stacyallenr@jw.com
                                  JACKSON WALKER L.L.P.
                                  100 Congress Avenue, Suite 1100
                                  Austin, Texas 78701
                                  Telephone No.: (512) 236-2000
                                  Facsimile No.: (512) 236-2002

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT XPLORE TECHNOLOGIES CORPORATION OF AMERICA- Page 1**

John M. Jackson (TX 24002340)
jjackson@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone No.: (214) 953-6000
Facsimile No.: (214) 953-5822

ATTORNEYS FOR XPLORE TECHNOLOGIES CORPORATION OF AMERICA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on April 24, 2008. Any other counsel of record will be served by first class mail.

      /s/ John M. Jackson
John M. Jackson