IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc.<br>Plaintiffs<br><br>v.<br><br>Dell, Inc., Xplore Technologies Corporation of America, Electrovaya Inc., and Sand Dune Ventures, Inc.<br>Defendants | § § § § § § § § § § § | Civil Action No. 6:07cv546 (LED)<br><br>Jury Trial Demanded |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiffs, Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc., and Defendant, Electrovaya, Inc. ("Electrovaya") wish to advise the Court that they have entered into a settlement of all claims as between them in this action. As a material part of such settlement, Movants move for entry of the Consent Decree submitted with this motion.

Dated: May 30, 2008
/s/ Trey Yarbrough
Trey Yarbrough
Texas Bar No. 22133500
Yarbrough ♦ Wilcox, PLLC
100 E. Ferguson, Suite 1015
Tyler, Texas 75702
Phone: (903) 595-3111
Fax: (903) 595-0191

H. Keeto Sabharwal
Nirav N. Desai
Blank Rome LLP
Washington, DC 20037

**ATTORNEYS FOR PLAINTIFFS
TYPHOON TOUCH TECHNOLOGIES, INC.
AND NOVA MOBILITY SYSTEMS, INC.**

1

/s/ Trey Yarbrough (w/permission)
Ani Aggarwal
Fasken Martineau DuMoulin LLP
66 Wellington St., W., Suite 4200
Toronto Dominion Bank Tower
Toronto, Ontario
Canada M5K 1N6

**ATTORNEYS FOR DEFENDANT
ELECTROVAYA, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 30th day of May, 2008. All other counsel not deemed to have so consented will be served via facsimile transmission and/or first class mail.

/s/ Trey Yarbrough
Trey Yarbrough