IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **Typhoon Touch Technologies, Inc.** § | | |
| **and Nova Mobility Systems, Inc.** § | | |
| **Plaintiffs** § | | |
| § | | |
| § | **Civil Action No. 6:07cv546 (LED)** | |
| **v.** § | | |
| § | | |
| **Dell, Inc., Xplore Technologies** § | **Jury Trial Demanded** | |
| **Corporation of America, Electrovaya** § | | |
| **Inc., and Sand Dune Ventures, Inc.** § | | |
| **Defendants** § | | |

## CONSENT DECREE

Plaintiffs, Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc., and Defendant, Electrovaya, Inc. ("Electrovaya"), have entered into a settlement resolving the claims pleaded in this civil action and have agreed to the entry of this Consent Decree. It is, therefore ORDERED as follows:

1.  Electrovaya acknowledges the validity of U.S. Patent Nos. 5,379,057 and 5,675,362 and all claims therein.

2.  Electrovaya acknowledges the infringement of U.S. Patent Nos. 5,379,057 and 5,675,362 and all claims therein.

3.  All claims asserted in this action are hereby dismissed with prejudice to the refiling of same.

4.  All costs, including attorney's fees, shall be paid by the party incurring same.

5.  All relief not expressly granted herein is denied.

1

6.       The United States District Court for the Eastern District of Texas, Tyler Division, shall maintain continuing jurisdiction over this matter for the purposes of enforcing and interpreting the terms of this Consent Decree.

**So ORDERED and SIGNED this 2nd day of June, 2008.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**

**APPROVED AS TO FORM**
**AND SUBSTANCE:**

/s/ Trey Yarbrough_____
Trey Yarbrough
Texas Bar No. 22133500
trey@yw-lawfirm.com

Yarbrough ♦ Wilcox, PLLC
100 E. Ferguson, Suite 1015
Tyler, Texas 75702
Phone: (903) 595-3111
Fax: (903) 595-0191

H. Keeto Sabharwal
Nirav N. Desai
Blank Rome LLP
Washington, DC 20037

**ATTORNEYS FOR PLAINTIFFS**
**TYPHOON TOUCH TECHNOLOGIES, INC.**
**AND NOVA MOBILITY SYSTEMS, INC.**

/s/ Trey Yarbrough (w/permission)_____
Ani Aggarwal
Fasken Martineau DuMoulin LLP
66 Wellington St., W., Suite 4200
Toronto Dominion Bank Tower
Toronto, Ontario
Canada M5K 1N6

**ATTORNEYS FOR DEFENDANT**
**ELECTROVAYA, INC.**

2