IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Typhoon Touch Technologies, Inc. and | § | |
| Nova Mobility Systems, Inc. | § | |
| | § | |
| v. | § | Case No. 6:07-cv-546-LED |
| | § | Jury Demanded |
| Dell, Inc., | § | |
| Xplore Technologies Corporation | § | |
| Of America, | § | |
| Electrovaya Inc., and | § | |
| Sand Dune Ventures, Inc. | § | |

**DEFENDANT SAND DUNE VENTURES, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ITS REPLY BRIEF TO PLAINTIFFS' OPPOSITION TO DEFENDANT SAND DUNE VENTURES, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT FOR LACK OF SUBJECT MATTER JURISDICTION DUE TO PLAINTIFFS' LACK OF STANDING**

Defendant SAND DUNE VENTURES, INC. files its unopposed motion for an extension of time to reply to Plaintiffs' Opposition to Defendant Sand Dune Ventures, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint for Patent Infringement for Lack of Subject Matter Jurisdiction Due to Plaintiffs' Lack of Standing [Dkt #53] up to and including June 16, 2008.

Defendant has conferred with counsel for Plaintiff and counsel for Plaintiff is not opposed to this Motion.

WHEREFORE, Defendant SAND DUNE VENTURES, INC. respectfully requests the Court grant a seven (7) day extension up to and including June 16, 2008 for Defendant SAND DUNE VENTURES, INC. to file its reply to Plaintiffs' Opposition to Defendant Sand Dune Ventures, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint for Patent Infringement for Lack of Subject Matter Jurisdiction Due to Plaintiffs' Lack of Standing.

A proposed Order is attached for the Court's convenience.

Dated: June 9 , 2008                                    Respectfully submitted,

                                                        By: */s/ Michael E. Jones*
                                                        Michael E. Jones (Lead Counsel)
                                                        State Bar No. 10929400
                                                        Allen F. Gardner
                                                        State Bar No. 24043679
                                                        POTTER MINTON
                                                        A Professional Corporation
                                                        110 N. College, Suite 500 (75702)
                                                        P. O. Box 359
                                                        Tyler, Texas  75710
                                                        (903) 597 8311
                                                        (903) 593 0846 (Facsimile)
                                                        mikejones@potterminton.com
                                                        allengardner@potterminton.com

                                                        John Cyril Malloy, III
                                                        Florida Bar No. 964,220
                                                        jcmalloy@malloylaw.com
                                                        Malloy & Malloy, P.A.
                                                        Miami, Florida 33129
                                                        Tel: 305-858-8000
                                                        Fax: 305-858-0008

                                                        ATTORNEYS FOR DEFENDANT
                                                        SAND DUNE VENTURES, INC.


## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 9th day of June, 2008.  Any other counsel of record will be served by first class U.S. mail on this same date.

                                                        */s/ Michael E. Jones*
                                                        Michael E. Jones