IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| Typhoon Touch Technologies, Inc. | § | |
| Nova Mobility Systems, Inc. | § | |
| | § | |
| vi. | § | Case No. 6:07-cv-546-LED |
| | § | Jury Demanded |
| Dell, Inc., | § | |
| Xplore Technologies Corporation | § | |
| Of America, | § | |
| Electrovaya Inc. | § | |
| Sand Dune Ventures, Inc. | § | |

**ORDER GRANTING DEFENDANT SAND DUNE VENTURES, INC.'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE ITS REPLY BRIEF TO PLAINTIFFS' OPPOSITION TO DEFENDANT SAND DUNE VENTURES, INC.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT FOR LACK OF SUBJECT MATTER JURISDICTION DUE TO PLAINTIFFS' LACK OF STANDING**

BEFORE THE COURT is Defendant SAND DUNE VENTURES, INC.'S Unopposed Motion for an Extension of Time to File Its Reply Brief to Plaintiffs' Opposition to Defendant Sand Dune Ventures, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint for Patent Infringement for Lack of Subject Matter Jurisdiction Due to Plaintiffs' Lack of Standing. After consideration of same, the Court is of the opinion that said motion is GRANTED.

IT IS THEREFORE ORDERED that Defendant SAND DUNE VENTURES, INC. shall have up to and including June 16, 2008 to file its reply to Plaintiffs' Opposition to Defendant Sand Dune Ventures, Inc.'s Motion to Dismiss Plaintiffs' First Amended Complaint for Patent Infringement for Lack of Subject Matter Jurisdiction Due to Plaintiffs' Lack of Standing.

**So ORDERED and SIGNED this 10th day of June, 2008.**



{A07\7972\0001\W0367486.1 }

**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**