# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| TYPHOON TOUCH TECHNOLOGIES, INC. and NOVA MOBILITY SYSTEMS, INC., | § § § § | |
| Plaintiffs, | § § | |
| v. | § | Civil Action No. 6:07cv546 |
| | § | |
| DELL, INC., XPLORE TECHNOLOGIES CORPORATION OF AMERICA, SAND DUNE VENTURES, INC., FUJITSU COMPUTER SYSTEMS CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., LENOVO (UNITED STATES) INC., PANASONIC CORPORATION OF NORTH AMERICA, APPLE INC., HTC AMERICA, INC., AND PALM, INC. | § § § § § § § § § § § § | |
| Defendants. | § | Jury Trial Demanded |

## NOTICE OF APPEARANCE OF MICHAEL J. TRUNCALE

COMES NOW Plaintiffs Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc., and hereby notify the Court and all parties of record that, in addition to the attorneys already representing them, Michael J. Truncale, State Bar Number 20258125, of the Law Office of Orgain Bell & Tucker, LLP, P.O. Box 1751, Beaumont, Texas 77704-1751, (409) 838-6412, will be appearing as an attorney of record on their behalf in the above-styled and numbered cause.

| | |
|---|---|
| June 16, 2008 | Respectfully submitted,<br><br>**ORGAIN BELL & TUCKER, LLP**<br><br>By: _____<br>Michael J. Truncale<br>State Bar No. 20258125<br>P. O. Box 1751<br>Beaumont, Texas 77704-1751<br>(409) 838-6412 Telephone<br>(409) 838-6959 Facsimile<br>E-mail: mjt@obt.com<br><br>**ATTORNEYS FOR PLAINTIFFS**<br>**TYPHOON TOUCH TECHNOLOGIES, INC.**<br>**and NOVA MOBILITY SYSTEMS, INC.** |

**OF-COUNSEL FOR PLAINTIFFS**
**TYPHOON TOUCH TECHNOLOGIES, INC. and NOVA MOBILITY SYSTEMS, INC.:**

H. Keeto Sabharwal
N.Y. Bar No. 2910453
Sabharwal@blankrome.com

Nirav N. Desai
Virginia Bar No. 72887
Desai@blankrome.com


BLANK ROME LLP
600 New Hampshire Ave., N.W.
Washington, DC 20037
Phone: (202) 772-5932
Fax: (202) 772-5858

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 16th day of June, 2008. Any other counsel of record will be served by facsimile transmission.

*s/ Michael J. Truncale*
