# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| TYPHOON TOUCH TECHNOLOGIES, INC. and NOVA MOBILITY SYSTEMS, INC., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 6:07cv546 |
| DELL, INC., XPLORE TECHNOLOGIES CORPORATION OF AMERICA, ELECTROVAYA INC., and SAND DUNE VENTURES, INC. | § § § § § § | |
| Defendants. | § | Jury Trial Demanded |

## ORDER GRANTING AMENDED UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT

Before the Court is the Plaintiffs' Amended Motion for Leave to File Plaintiffs' Second Amended Complaint for Patent Infringement. Having considered the motion, the Court finds that it should be granted.

It is, therefore, Ordered that Plaintiffs, Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc., are hereby granted leave to file Plaintiffs' Second Amended Complaint for Patent Infringement.

**So ORDERED and SIGNED this 19th day of June, 2008.**



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**