# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc.** | § § § | |
| **Plaintiffs** | § § | |
| v. | § § | Civil Action No. 6:07cv546 (LED) |
| **Dell, Inc., Xplore Technologies Corporation of America, Electrovaya Inc., and Sand Dune Ventures, Inc., et al** | § § § § § § | Jury Trial Demanded |
| **Defendants** | § | |

## Unopposed Motion to Withdraw As Counsel for Plaintiffs

To the Honorable United States District Judge:

Trey Yarbrough of the law firm of Yarbrough ♦ Wilcox, PLLC (hereinafter "Movant") files this unopposed motion to withdraw as counsel for Plaintiffs, Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc., and respectfully shows:

1. Movant was retained at the commencement of this action to serve as local counsel on behalf of Plaintiffs. Circumstances have developed which require Movant to withdraw as counsel for Plaintiffs. This motion has the full authorization of Plaintiffs, who will continue to be ably represented by H. Keeto Sabharwal and Nirav N. Desai of the firm of Blank Rome and Michael J. Truncale of Orgain, Bell & Tucker.

2. Movant has conferred with counsel for the Defendants who have made an appearance in this action and this motion is not opposed.

3. Movant's withdrawal will not in any manner delay these proceedings.

1

Wherefore, Trey Yarbrough of the firm of Yarbrough ♦ Wilcox, PLLC, respectfully requests that this motion be granted and that he be allowed to withdraw as counsel on behalf of Plaintiffs, Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc.

Dated:  June 24, 2008                              Respectfully submitted,

/s/ Trey Yarbrough
Trey Yarbrough
Bar No.  22133500
Yarbrough ♦ Wilcox, PLLC
100 E. Ferguson St., Ste. 1015
Tyler, TX 75702
Phone:  (903) 595-3111
Fax: (903) 595-0191
trey@yw-lawfirm.com

H. Keeto Sabharwal
Sabharwal@blankrome.com
Nirav N. Desai
Desai@blankrome.com
Blank Rome, LLP
600 New Hampton Ave., N.W.
Washington, DC 20037
Phone: (202) 772-5932
Fax: (202) 772-5858

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on June 24, 2008, constituting service on all counsel who have consented to electronic service via the Court's CM/ECF system.  All other counsel not deemed to have consented to service in such manner will be served with a copy of the foregoing via facsimile or first class mail.

/s/ Trey Yarbrough
Trey Yarbrough