# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **Typhoon Touch Technologies, Inc.** § | | |
| **and Nova Mobility Systems, Inc.** § | | |
| § | | |
| **Plaintiffs** § | | |
| § | | |
| v. § | **Civil Action No. 6:07cv546 (LED)** | |
| § | | |
| **Dell, Inc., Xplore Technologies** § | **Jury Trial Demanded** | |
| **Corporation of America,** § | | |
| **Electrovaya Inc., and Sand Dune** § | | |
| **Ventures, Inc.** § | | |
| § | | |
| **Defendants** § | | |

## ORDER GRANTING WITHDRAWAL

Having considered the unopposed motion of Trey Yarbrough to withdraw as counsel for Plaintiffs, Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc., the Court is of the opinion that the motion should be granted.

It is, therefore, Ordered that Trey Yarbrough of the firm of Yarbrough ♦ Wilcox, PLLC is authorized to withdraw as attorney for Plaintiffs. It is further Ordered that the Clerk terminate Trey Yarbrough of the firm of Yarbrough ♦ Wilcox, PLLC from the Court's and parties' service lists in this action.

**So ORDERED and SIGNED this 26th day of June, 2008.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**