IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| TYPHOON TOUCH TECHNOLOGIES, INC. and NOVA MOBILITY SYSTEMS, INC.<br><br>　　Plaintiffs,<br><br>v.<br><br>DELL, INC., XPLORE TECHNOLOGIES CORPORATION OF AMERICA, ELECTROVAYA INC. AND SAND DUNE VENTURES, INC.<br><br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 6:07-CV546 |

### DEFENDANT XPLORE TECHNOLOGIES CORPORATION OF AMERICA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendant XPLORE TECHNOLOGIES CORPORATION OF AMERICA ("XPLORE") hereby files this Unopposed Motion for Extension of Time to File Answer to Plaintiffs' Second Amended Complaint and would respectfully show the Court as follows:

Plaintiffs filed their Second Amended Complaint for Patent Infringement ("Amended Complaint") on June 23, 2008. Consequently, XPLORE's answer would be due July 8, 2008.

XPLORE respectfully moves the Court for an extension of time to file an Answer to the Amended Complaint. Specifically, XPLORE requests that it be permitted to have up to and including Tuesday, July 22, 2008 to file an Answer to the Amended Complaint. Counsel for Plaintiffs does not oppose this request.

WHEREFORE, XPLORE respectfully requests that the Court grant this Motion for Extension of Time to File Answer to Plaintiffs' Second Amended Complaint.

DEFENDANT XPLORE TECHNOLOGIES CORPORATION OF AMERICA'S
UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO
PLAINTIFFS' SECOND AMENDED COMPLAINT– PAGE 1

Dockets.Justia.com

A proposed Order granting this unopposed motion is being submitted for the Court's convenience.

Respectfully submitted,

Dated: June 27, 2008   By:  /s/ John M. Jackson
Lawrence A. Waks (TX 20670700)
lwaks@jw.com
Stacy Allen (TX 24034185)
stacyallenr@jw.com
JACKSON WALKER, L.L.P.
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Telephone No.: (512) 236-2000
Facsimile No.: (512) 236-2002

John M. Jackson (TX 24002340)
jjackson@jw.com
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone No.: (214) 953-6000
Facsimile No.: (214) 953-5822

ATTORNEYS FOR XPLORE TECHNOLOGIES CORPORATION OF AMERICA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on June 27, 2008. Any other counsel of record will be served by first class mail.

/s/ John M. Jackson
John M. Jackson

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that counsel for the movant has complied with the meet and confer requirement in Local Rule CV-7(h). Counsel for Plaintiff does not oppose this motion.

/s/ John M. Jackson
John M. Jackson