UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

## CASE AND DEADLINE INFORMATION

Civil Action No.: 6:07cv456

Name of party requesting extension: Dell, Inc.

Is this the first application for extension of time in this case?
- [✓] Yes
- [ ] No

If no, please indicate which application this represents:
- [ ] Second
- [ ] Third
- [ ] Other _____

Date of Service of Summons: 6/23/08 Service of Amended Complaint

Number of days requested:
- [✓] 30 days
- [ ] 15 days
- [ ] Other ____ days

New Deadline Date: 8/7/2008 *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: H. Kenneth Prol

State Bar No.: 24027757

Firm Name: Vinson & Elkins LLP

Address: 2801 Via Fortuna
Suite 100
Austin, Texas 78746

Phone: 512-542-8714

Fax: 512-236-3289

Email: kprol@velaw.com

A certificate of conference does not need to be filed with this unopposed application.

## CERTIFICATE OF SERVICE

       The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 27th day of June, 2007.

                                                  */s/ H. Kenneth Prol*
                                                  H. Kenneth Prol