## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| **TYPHOON TOUCH TECHNOLOGIES, INC. and NOVA MOBILITY SYSTEMS, INC.** | § § § § | |
| **Plaintiffs,** | § § | |
| **v.** | § § | **CIVIL ACTION NO. 6:07-CV546** |
| **DELL, INC., XPLORE TECHNOLOGIES CORPORATION OF AMERICA, ELECTROVAYA INC. AND SAND DUNE VENTURES, INC.** | § § § § § | |
| **Defendants.** | § § | |

### ORDER GRANTING DEFENDANT XPLORE TECHNOLOGIES CORPORATION OF AMERICA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT

Before the Court is Defendant XPLORE TECHNOLOGIES CORPORATION OF AMERICA'S ("XPLORE") Unopposed Motion for Extension of Time to File Answer to Plaintiffs' Second Amended Complaint. Having reviewed the motion, the Court is of the opinion that the motion is well taken and should be GRANTED. Accordingly, the Court GRANTS XPLORE TECHNOLOGIES CORPORATION OF AMERICA'S Unopposed Motion for Extension of Time to File Answer to Plaintiffs' Second Amended Complaint. Defendant XPLORE shall have up to and including Tuesday, July 22, 2008 to file an Answer.

**So ORDERED and SIGNED this 2nd day of July, 2008.**



**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**