# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF TEXAS

# TYLER DIVISION

| | |
|---|---|
| **Typhoon Touch Technologies, Inc., et al** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 6:07-cv-00546-LED |
| § | |
| **Motion Computing, Inc., et al** § | |
| § | |
| **Defendants.** § | |

## NOTICE OF APPEARANCE

Apple Inc. ("Apple"), defendant in the above-entitled and numbered civil action, hereby notifies the Court and all parties that the following person, in addition to those who previously gave notice, is appearing as counsel of record.

> Eric M. Albritton
> Texas State Bar No. 00790215
> ALBRITTON LAW FIRM
> P.O. Box 2649
> Longview, Texas 75606
> (903) 757-8449 (phone)
> (903) 758-7397 (fax)
> ema@emafirm.com

1

Dockets.Justia.com

Respectfully submitted,

_____
Eric M. Albritton
Texas State Bar No. 00790215
Albritton Law Firm
P.O. Box 2649
Longview, Texas 75606
(903) 757-8449 (phone)
(903) 758-7397 (fax)
ema@emafirm.com

*Counsel for Apple Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 10th day of July, 2008.

_____
Eric M. Albritton