UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

## CASE AND DEADLINE INFORMATION

Civil Action No.: 6:07-cv-00546-LED

Name of party requesting extension: Apple Inc.

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 07/02/2008

Number of days requested:   ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 08/20/2008 *(Required)*

## ATTORNEY FILING APPLICATION INFORMATION

Full Name: Eric M. Albritton

State Bar No.: 00790215

Firm Name: Albritton Law Firm

Address: P.O. Box 2649
Longview, Texas 75606

Phone: (903) 757-8449

Fax: (903) 758-7397

Email: ema@emafirm.com

A certificate of conference does not need to be filed with this unopposed application.