# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| TYPHOON TOUCH TECHNOLOGIES, INC. and NOVA MOBILITY SYSTEMS, INC. | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. 6:07cv546 |
| | § | |
| v. | § § | |
| DELL, INC.; XPLORE TECHNOLOGIES CORPORATION OF AMERICA; SAND DUNE VENTURES, INC.; FUJITSU COMPUTER SYSTEMS CORPORATION; TOSHIBA AMERICA INFORMATION SYSTEMS, INC.; LENOVO (UNITED STATES) INC.; PANASONIC CORPORATION OF NORTH AMERICA; APPLE INC.; HTC AMERICA, INC.; PALM, INC.; SAMSUNG ELECTRONICS AMERICA, INC.; NOKIA INC.; and LG ELECTRONICS USA, INC. | § § § § § § § § § § § § § § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned attorney, Fred I. Williams, with the law firm of Akin Gump Strauss Hauer & Feld LLP, 300 West 6h Street, Suite 2100, Austin, Texas 78701, as counsel for defendant Lenovo (United States) Inc.

Dated: July 14, 2008

                        Respectfully submitted,

                        /s/ Fred I. Williams
                        Fred I. Williams     (lead attorney)
                        State Bar No. 794855
                        **AKIN GUMP STRAUSS HAUER & FELD LLP**
                        300 West 6th Street, Suite 2100
                        Austin, Texas 78701
                        (512) 499-6200 (telephone)
                        (512) 499-6290 (facsimile)

                        Eric J. Klein
                        State Bar No. 24041258
                        **AKIN GUMP STRAUSS HAUER & FELD LLP**
                        1700 Pacific Avenue, Suite 4100
                        Dallas, Texas 75201
                        (214) 969-2800 (telephone)
                        (214) 969-4343 (facsimile)

                        **ATTORNEYS FOR DEFENDANT LENOVO (UNITED STATES) INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on July 10, 2008.

                        /s/ Fred I. Williams
                        Fred I. Williams