# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | | |
|---|---|---|
| TYPHOON TOUCH TECHNOLOGIES, INC. and NOVA MOBILITY SYSTEMS, INC., | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 6:07cv546 |
| DELL, INC., XPLORE TECHNOLOGIES CORPORATION OF AMERICA, SAND DUNE VENTURES, INC., FUJITSU COMPUTER SYSTEMS CORPORATION, TOSHIBA AMERICA INFORMATION SYSTEMS, INC., LENOVO (UNITED STATES) INC., PANASONIC CORPORATION OF NORTH AMERICA, APPLE INC., HTC AMERICA, INC., PALM, INC., SAMSUNG ELECTRONICS AMERICA, INC., NOKIA INC., AND LG ELECTRONICS USA, INC. | § § § § § § § § § § § § § § § | |
| Defendants. | § | Jury Trial Demanded |

**PLAINTIFFS' OPPOSITION TO DEFENDANT SAND DUNE VENTURES, INC.'S RENEWED MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT FOR PATENT INFRINGEMENT FOR LACK OF SUBJECT MATTER JURISDICTION DUE TO PLAINTIFFS' LACK OF STANDING**

Plaintiffs, Typhoon Touch Technologies, Inc. and Nova Mobility Systems, Inc., hereby respond to Defendant Sand Dune Ventures, Inc.'s ("Sand Dune") Renewed Motion to Dismiss Plaintiffs' Second Amended Complaint for Patent Infringement for Lack of Subject Matter Jurisdiction Due to Plaintiffs' Lack of Standing ("Renewed Motion to Dismiss") and respectfully request the Court deny Defendant Sand Dune's Motion.

For the same reasons indicated in Plaintiffs' Opposition to Defendant's Motion to Dismiss (D. E. # 53), Plaintiffs' Sur-Reply in Support of Plaintiffs' Opposition to Defendant's

Motion to Dismiss (D. E. # 65), and Plaintiffs' Opposition to Defendant's Motion for Leave to File a Response to Plaintiffs' Sur-Reply (D.E. # 79), Defendant's Renewed Motion to Dismiss should be denied.

**WHEREFORE,** Plaintiffs respectfully request that this Court deny Sand Dune's Renewed Motion to Dismiss in its entirety.

Dated:  July 15, 2008                                  Respectfully submitted,

                                                      /s/ Michael J. Truncale
                                                      Michael J. Truncale
                                                      Texas Bar No. 20258125
                                                      Orgain, Bell & Tucker, LLP
                                                      470 Orleans
                                                      P.O. Box 1751
                                                      Beaumont, Texas  77704
                                                      Phone:  (409) 838-6415
                                                      Fax:  (409) 838-6959
                                                      mjt@obt.com

                                                      **ATTORNEY FOR PLAINTIFFS**

                                                      **TYPHOON TOUCH TECHNOLOGIES, INC. and NOVA MOBILITY SYSTEMS, INC.**

**OF-COUNSEL FOR PLAINTIFFS**
**TYPHOON TOUCH TECHNOLOGIES, INC. and NOVA MOBILITY SYSTEMS, INC.:**

H. Keeto Sabharwal
N.Y. Bar No. 2910453
Sabharwal@blankrome.com

Nirav N. Desai
Virginia Bar No. 72887
Desai@blankrome.com

BLANK ROME LLP
600 New Hampshire Ave., N.W.
Washington, DC 20037
Phone:  (202) 772-5932
Fax:  (202) 772-5858

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 15th day of July, 2008.  All other counsel not deemed to have consented to service in such manner will be served via facsimile transmission and/or first class mail.

/s/ Michael J. Truncale
Michael J. Truncale