UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:07-CV-546
Name of party requesting extension: Lenovo (United States) Inc.
Is this the first application for extension of time in this case?   ☑ Yes   ☐ No

If no, please indicate which application this represents:   ☐ Second   ☐ Third   ☐ Other _____

Date of Service of Summons: 7/1/08
Number of days requested:   ☑ 30 days
                            ☐ 15 days
                            ☐ Other ____ days
New Deadline Date: 8/20/08   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Fred Irvin Williams
State Bar No.: 794855
Firm Name: Akin Gump Strauss Hauer & Feld LLP
Address: 300 W. 6th Street, Suite 2100
         Austin, Texas 78701

Phone: 512-499-6200
Fax: 512-499-6290
Email: fwilliams@akingump.com

A certificate of conference does not need to be filed with this unopposed application.